No. 303, Misc.   DI SILVESTRO *v.* UNITED STATES VETERANS ADMINISTRATION.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin* for respondent.

No. 306, Misc.   TUBBS *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 313, Misc.   DUNBAR *v.* MCNEILL, SUPERINTENDENT, MATTEAWAN STATE HOSPITAL.   Appellate Division of the Supreme Court of New York, Second Judicial Department.   Certiorari denied.

No. 318, Misc.   RYAN *v.* RANDOLPH, WARDEN.   Circuit Court of Saline County, Illinois.   Certiorari denied.

No. 320, Misc.   MCINTOSH *v.* LOONEY, WARDEN.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Julia P. Cooper* for respondent.

No. 322, Misc.   HARRIS *v.* BUCHKOE, WARDEN.   Supreme Court of Michigan.   Certiorari denied.

No. 323, Misc.   BOYD *v.* MURPHY, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 324, Misc.   SHANNON *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 326, Misc.   KIVETTE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 327, Misc.   SABO *v.* DEPARTMENT OF PUBLIC SAFETY OF ILLINOIS ET AL.   Supreme Court of Illinois.   Certiorari denied.